**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | : | **CASE NO. 09-52094 WSH** |
| **JUSTIN W. STEWART** | : | **CHAPTER 7** |
| **d/b/a STEWART CONTRACTING** | | |
| | : | **JUDGE HOWARD** |
| **Debtor** | : | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

The undersigned attorneys hereby enter their notice of appearance on behalf of creditor, BOONE STEEL, LLC, and request the Clerk of this Court to add their names and address to the master list of creditors and any official service list for purposes of receiving notices and pleadings pursuant to Federal Rules of Bankruptcy Procedure 9010(b) and 2002, as follows:

> Sannie Overly
> Shannon Johnson
> Overly & Johnson, LLC
> 340 Main Street
> Paris, KY 40361

this request encompasses all notices, copies, and pleadings contemplated by or referred to in Federal Rules of Bankruptcy Procedure 2002, 3017, and 9007, including without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications, and any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile or other means, which affect or seek to affect this case.

DATED this 21st day of August, 2009.

>Respectfully submitted,
>
>/s/  Sannie Overly
>
>OVERLY & JOHNSON, LLC
>Attorneys for Kentucky Bank
>340 Main Street
>Paris, KY 40361
>(859) 987-9879

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice and Request was sent by U.S. Mail, postage prepaid, or electronically, to the following, on this the 21st day of August, 2009.

Office of the U.S. Trustee
100 East Vine Street #500
Lexington, KY 40507

Justin W. Stewart
230 Kinberly Heights
Nicholasville, KY  40356

Stephen Palmer
271 W. Short Street #804
Lexington, KY  40507-1217

Ronald E. Butler
4207 Leestown Road
Lexington, KY  40511

>/s/  Sannie Overly